# United States Court of Federal Claims

No. 18-357 L
Filed: September 28, 2018

THE UTE INDIAN TRIBE OF
THE UINTAH AND OURAY
RESERVATION,

      *Plaintiff,*

v.

UNITED STATES OF AMERICA,

      *Defendant,*

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

      This is among the most routine of motions that a court hears, yet at the same time the most difficult to resolve in a manner that is fair to the parties. Defendant's motion mentions a number of complications that we have no means of evaluating without an explanation of how these complications have caused delays in the past and what has been done to avoid such delays in the future. On the other hand, we cannot order the impossible, if that's what we're dealing with here. Plaintiffs consented to previous extensions in good faith, no doubt assuming that the additional time would be sufficient for defendant to resolve whatever it said its problems were. It seems that plaintiffs are entitled now to a response of some sort, after six months of waiting to understand the nature of defendant's case.

      Defendant's answer was due on October 9, a little more than ten days hence. It seeks an additional 15 days, which defendant calculates to October 24.

      Defendant's motion for an extension to file an Answer or otherwise respond to the Complaint is GRANTED. Defendant will file an Answer or otherwise respond to the Complaint on or before October 24, 2018. However, the court expects defendant to make all reasonable efforts to meet this deadline and avoid any additional requests for

extensions on this deadline. Defendant's motion to expedite consideration of the motion for extension of time is DENIED as moot.

**IT IS SO ORDERED.**

s/*Robert H. Hodges, Jr.*
Robert H. Hodges, Jr.
Senior Judge