**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY INDIAN RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 18-357 L<br><br>Judge Molly R. Silfen |

**JOINT STATUS REPORT**

Pursuant to the Court's August 26, 2025 Order staying the case (Dkt. No. 98), the parties submit this joint status report regarding the D.C. Circuit appeal (No. 25-5111). On July 31, 2026, the D.C. Circuit issued a decision affirming the district court's decision granting summary judgment for Federal Defendants and the State of Utah. The D.C. Circuit decision is attached here as Exhibit 1. The D.C. Circuit issued an order staying issuance of the mandate until after resolution of any timely filed petition for rehearing or rehearing en banc. App. Ct. Doc. 2186051. The mandate therefore has not yet issued.

Consistent with Court's Order, the parties have conferred and determined that settlement or alternative dispute resolution is not appropriate at this time. The Tribe intends to petition for rehearing and potentially to file a petition for a writ of certiorari seeking Supreme Court review of the D.C. Circuit's decision depending on the outcome of its petition for rehearing. Because of the Tribe's position in the related case, the parties agree that continuation of the stay is warranted for the same reasons the Court identified in its Opinion and Order staying the proceeding. *See* Dkt.

No. 98. The parties propose that they continue to provide the Court joint reports on the status of the D.C. Circuit action every 90 days until final resolution of that matter.

Respectfully submitted August 28, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

s/ Ashley M. Cerritos
Ashley M. Cerritos
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M. St. NE, Rm 3.113
Washington, DC 20002
Tel: 202-532-5492
E-Mail: ashley.cerritos@usdoj.gov

UTE INDIAN TRIBE OF THE UINTAH AND OURAY
INDIAN RESERVATION

*s/ Jeffrey S. Rasmussen (w/ permission)*
Jeffrey S. Rasmussen
Jeremy J. Patterson
Patterson Real Bird & Rasmussen, LLP
1900 Plaza Drive
Louisville, Colorado 80027
Phone: 303-926-5292 / Fax: 303-926-5293
JRasmussen@nativelawgroup.com
JPatterson@nativelawgroup.com